IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-01424-RPM

EXECUTIVE MARKETING HOLDING CORP.,

Plaintiff,

v.

CONSECO LIFE INSURANCE COMPANY,

Defendant.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. V. Wentz
    Secretary


The unopposed motion to withdraw the tendered Agreed Protective Order is granted.


Dated:   January 13, 2006