IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01424-RPM

EXECUTIVE MARKETING HOLDING CORP.,

        Plaintiff,

v.

CONSECO LIFE INSURANCE COMPANY,

        Defendant.

---

ORDER GRANTING MOTION TO AMEND ANSWER AND COUNTERCLAIM

---

        Upon consideration of defendant's motion to file an amended answer and counterclaim (Doc. #19), filed on January 31, 2006, and plaintiff's Notice of Non Objection to Defendant's motion for Leave to Amend Answer and Counterclaim (Doc. #22), filed on February 27, 2006, it is

        ORDERED that the motion is granted and the amended answer and counterclaim tendered on March 7, 2006, is ordered filed.

        Dated: March 22, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge