IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01424-RPM

EXECUTIVE MARKETING HOLDING CORP.,

                    Plaintiff,

v.

CONSECO LIFE INSURANCE COMPANY,

                    Defendant.

_____

ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE SUBSTANTIVE CHANGES IN
THE DEPOSITION ERRATA SHEETS

_____

On July 5, 2006, the plaintiff filed a motion to strike the substantive changes

made in the transcript of the deposition of Heather Harley on the errata sheets because

they contradict or materially alter her testimony.  The defendant filed a response

memorandum in opposition and the plaintiff filed its reply.  The law in this Circuit is

established in *Garcia v. Pueblo Country Club,* 299 F.3d 1233, 1242 (10th Cir. 2003) and

it is apparent that the changes are not within the proper scope of the permission to

make changes under Fed.R.Civ.P. 30(e).  This is another example of considering a

deposition as a "take-home exam" using the colorful phraseology of Judge Henry.  It is

therefore

ORDERED that the motion is granted and the errata changes other than those

which are merely clerical corrections are stricken.

Dated: August 10, 2006

                         BY THE COURT:

                         s/Richard P. Matsch

                         _____

                         Richard P. Matsch, Senior District Judge