**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: March 30, 2007
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 05-cv-01424-RPM

EXECUTIVE MARKETING HOLDING CORP.,                    Joseph R. King
                                                      Lance E. Shurtlett
        Plaintiff,

v.

CONSECO LIFE INSURANCE COMPANY,                       Willaim D. Hittler

        Defendant.
_____

### COURTROOM MINUTES
_____

**Hearing on Motion for Summary judgment**

**2:30 p.m.        Court in session.**

Court's preliminary remarks.

Court states its concerns with respect to pending motion.

2:36 p.m.        Argument by Mr. Hittler.

3:00 p.m.        Argument by Mr. King.

Mr. King states plaintiff admits the note.
Counsel state the bankruptcy was approximately around 2001 / 2002.

3:25 p.m.        Rebuttal argument by Mr. Hittler.

**ORDERED:   Defendant's Motion for Summary Judgment, filed August 1, 2006 [37], is denied.**

**Court instructs plaintiff to redefine its claims and clarify damages claimed in the proposed pretrial order.**

Court states it will schedule a pretrial conference.

**3:31 p.m.        Court in recess.**

Hearing concluded.  Total time 1 hr, 1 min.