IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01424-RPM

EXECUTIVE MARKETING HOLDING CORP.,

        Plaintiff,

v.

CONSECO LIFE INSURANCE COMPANY,

        Defendant.

___

ORDER SETTING PRETRIAL CONFERENCE
___

Pursuant to the hearing on March 30, 2007, it is

ORDERED that a pretrial conference is scheduled for **June 1, 2007, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **May 24, 2007.**

Dated: April 3, 2007

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge