IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01424-RPM

EXECUTIVE MARKETING HOLDING CORP.,

        Plaintiff,

v.

CONSECO LIFE INSURANCE COMPANY,

        Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference on June 1, 2007, it is

ORDERED that this matter is set for trial to jury on **October 22, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: June 5, 2007

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge