# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1424-RPM-OES

**EXECUTIVE MARKETING HOLDING CORP.**

                        Plaintiff,

v.

**CONSECO LIFE INSURANCE COMPANY,**

                        Defendant.

## MOTION OF DEFENDANT CONSECO LIFE INSURANCE COMPANY TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERT RONALD SEIGNEUR

TO:    Plaintiff Executive Marketing Holding Corp., through its attorneys, Glen Laird and Joseph King, White & Steele, 950 - 17th Street, 21st Floor, Denver, Colorado 80202.

PLEASE TAKE NOTICE that Defendant Conseco Life Insurance Company, through its undersigned counsel, hereby moves under and pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 113 S. Ct. 2786 (1992), for an order granting its motion to exclude the testimony of Mr. Ronald Seigneur, Plaintiff's economic damages expert, from the trial of this action.

This motion is based upon the accompanying memorandum of law and corresponding exhibits, and all of the files, records, and proceedings herein. Defendant certifies that it has complied with the requirements of Local Rule 7.1 in that the subject matter of the motion has been discussed with opposing counsel at the Final Pretrial Conference on June 1, 2007, and further represents that at such conference the Court ordered that the respective counsel for the parties submit briefs to the Court on the issue of Plaintiff's damages.

DN: 328106

2

Dated:  July 23, 2007                                HALLELAND LEWIS NILAN
                                                                                & JOHNSON, P.A.

                                                                                ___*s/ William D. Hittler*_____
                                                                                William D. Hittler (MN ID#153916)
                                                                                Michael E. Burns (MN ID#314869)
                                                                                600 U.S. Bank Plaza South
                                                                                220 South Sixth Street
                                                                                Minneapolis, MN 55402-4501
                                                                                612.338.1838
                                                                                612.338.7858 (Fax)

                                                                                Michael R. Waters
                                                                                Jones & Waters, LLC
                                                                                13 South Tejon Street
                                                                                Suite 303
                                                                                Colorado Springs, CO 80903
                                                                                719-633-6303
                                                                                719-577-4887 (Fax)

                                                                                ATTORNEYS FOR DEFENDANT CONSECO
                                                                                LIFE INSURANCE COMPANY