IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01424-RPM-MEH

EXECUTIVE MARKETING HOLDING CORP.,

        Plaintiff,

v.

CONSECO LIFE INSURANCE COMPANY,

        Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Joint Stipulation for Dismissal with Prejudice [81] filed on October 22, 2007, it is

ORDERED that this action is dismissed with prejudice under Fed.R.Civ.P. 41(a), each party to pay their respective costs and attorney's fees.

DATED: October 22nd, 2007

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge